In the Matter of the Appraisal under the Transfer Tax Act of the Estate of ABRAM S. HEWITT, Deceased.

SARAH A. HEWITT et al., Individually, and as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Hewitt,* 98 App. Div. 624, affirmed.
(Argued April 10, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1904, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Abram S. Hewitt, deceased.

*H. B. Closson* for appellants.

*George M. Judd* and *Edward H. Fallows* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.